UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 08-30840 |
|    WILLIAM J. THORNBURY | (Chapter 13) |
|    JENNIFER N. THORNBURY | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019689**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 13 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT<br>FIRST EXPRESS<br>BOX 856132<br>LOUISVILLE, KY  40285 | 9.06 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/22/2010

Certificate of Service          08-30840

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WILLIAM J. THORNBURY
JENNIFER N. THORNBURY
6466 OVERLAND DR.
NEW CARLISLE, OH  45344

BRIAN C PETROZIELLO
1 MAPLE ST
TROTWOOD, OH  45426

(18.1n)
CITIMORTGAGE INC
BOX 829009
DALLAS, TX  75382

(17.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

(1005.1n)
REIMER ARNOVITZ CHERNEK &
JEFFREY CO
BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(13.1)
SPIRIT OF AMERICA NATIONAL
BANK/LANE BRYANT
FIRST EXPRESS
BOX 856132
LOUISVILLE, KY  40285

(13.3)
SPIRIT OF AMERICA NATL BANK
LANE BRYANT FIRST EXPRESS
BOX 856132
LOUISVILLE, KY  40285

(16.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45202

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner          bl